■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD TANNER, Appellant. [781 NYS2d 741]—

Judgment, Supreme Court, New York County (Micki Scherer, J., at suppression hearing; John E.H. Stackhouse, J., at jury trial and sentence), rendered April 10, 2000, convicting defendant of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third and fourth degrees, and sentencing him, as a second felony offender, to an aggregate term of 6 to 12 years, unanimously affirmed.

The court properly denied defendant's suppression motion. There is no basis for disturbing the court's credibility determinations, which are supported by the record (*see People v Prochilo*, 41 NY2d 759, 761 [1977]). The credible evidence, along with reasonable inferences that may be drawn therefrom (*see People v Gonzalez*, 91 NY2d 909 [1998]) established that defendant was arrested on the basis of the observing officer's detailed description.

Defendant was properly adjudicated a second felony offender. Defendant did not establish that his predicate felony conviction was unconstitutionally obtained (*see People v Harris*, 61 NY2d 9 [1983]). On the contrary, the record establishes that defendant, who had already served the agreed-upon sentence, validly waived his right to counsel at his 1990 sentencing proceeding (*see People v Mims*, 280 AD2d 262 [2001], *lv denied* 96 NY2d 832 [2001]). Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Lerner, JJ.

■ In the Matter of JOHN H. TESCHNER. (Admitted as JOHN TESCHNER), a Suspended Attorney. [783 NYS2d 279]—Petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Buckley, P.J., Tom, Sullivan, Lerner and Gonzalez, JJ.